FILED
CLERK, U.S. DISTRICT COURT

JUN 1 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

**Priority** ✓
**Send** ✓
**Enter** ✓
**Closed** ___
**JS-5/JS-6** ___
**JS-2/JS-3** ___
**Scan Only** ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER PAUL BRADFORD, | ) | NO. CV 07-1364 DOC (SS) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| | ) | CONCLUSIONS AND RECOMMENDATIONS |
| R.J. SUBIA, Warden, | ) | OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections.  After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\\
\\\
\\\
\\\
\\\

1        Accordingly, IT IS ORDERED THAT:

2

3        1.   Judgment  shall  be  entered  dismissing  this  action  with

4   prejudice.

5

6        2.   The Clerk shall serve copies of this Order and the Judgment

7   herein  by  United  States  mail  on  Petitioner  and  on  counsel  for

8   Respondent.

9

10  DATED:      June 11, 2008

11

12                              David O. Carter
                                _____
13                              DAVID O. CARTER
                                UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2